BEFORE THE SECOND DIVISION, NOVEMBER 26, 1963

**No. 68138.**—World Sales Promotion Co. *v.* United States, protest 62/19750 (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject

of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.